IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRUM & FORSTER SPECIALTY INSURANCE COMPANY,**<br>         Plaintiff,<br><br>         v.<br><br>**STRONG CONTRACTORS, INC.,**<br>         Defendant. | **CIVIL ACTION**<br><br><br><br>**NO.  19-3519** |

**O R D E R**

**AND NOW**, this 18th day of September, 2020, upon consideration of the Motion to Be Joined as a Necessary Party filed by Tyrone Tyler (Document No. 21, filed August 20, 2020) and the Response in Opposition to Tyler's Motion to Be Joined as a Necessary Party (Document No. 22, filed August 27, 2020), for the reasons stated in the accompanying Memorandum dated September 18, 2020, **IT IS ORDERED** as follows:

1. To the extent that Tyler's motion seeks joinder under Federal Rule of Civil Procedure 19, the Motion is **DENIED**;

2. To the extent that Tyler's motion seeks intervention under Federal Rule of Civil Procedure 24, the Motion is **DENIED**; and

3. The Court **DECLINES** to retain jurisdiction over this matter. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** to Crum & Forster Specialty Insurance Company's right to file a declaratory judgment action in state court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **MARK** the case **CLOSED**.

                                                            BY THE COURT:

                                                            /s/ Hon. Jan E. DuBois
                                                            _____
                                                                DuBOIS, JAN E., J.